RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/13/13
BY_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| PAUL CROW | CIVIL ACTION NO. 10-1321-P |
| VERSUS | JUDGE WALTER |
| SGT. CARTER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this 12 day of August 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE